| CRIMINAL COMPLAINT AMENDED | | |
|---|---|---|
| **United States District Court** | DISTRICT of ARIZONA | |
| UNITED STATES OF AMERICA<br>v.<br>Rene Christopher Bracamonte<br>DOB: 1988, United States Citizen | DOCKET NO. | |
| | MAGISTRATE'S CASE NO.<br>**20-04887MJ** | |

Complaint for violation of Title 18, United States Code § 871

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 11, 2020, in the District of Arizona, the defendant, Rene Christopher Bracamonte, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the Vice President of the United States, Michael Pence, specifically by stating that he was going to shoot the Vice President.

All in violation of Title 18, United States Code, Section 871(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 11, 2020, Vice President Michael Pence was in Tucson, AZ to attend an event at the Westin La Paloma Hotel and Resort. While the Vice President was on stage delivering remarks to an audience, there was radio traffic transmitted by a U.S. Secret Service (USSS) Agent at approximately 11:00AM, requesting assistance at the outer most vehicle checkpoint located along the private drive leading to the resort. A USSS Agent responded to the vehicle checkpoint and made contact with multiple witnesses. Subsequent witness interviews revealed that a male subject wearing a red shirt and shorts with an over-the shoulder chest pack walked along the private drive toward a ride share service vehicle and stated "Fuck the V.P. I'll shoot that n▇▇▇ too." During the incident, the male subject pulled a handgun from his chest pack, pointed the handgun up in the air, and waved it around in the air before getting into the vehicle and departing the resort. U.S. Army Explosive Ordnance Disposal Technicians (EOD) who witnessed the incident took cover when the male subject brandished the handgun and then reported the incident to a USSS Agent who was working at a nearby vehicle checkpoint. A 911 caller also reported observing a male subject in a red shirt waving a gun around in the parking lot/driveway area during this timeframe.

A review of Westin La Paloma security footage showed a male subject, who matched the description given by witnesses, make a purchase with a credit card at the Westin lobby bar the evening of August 10, 2020. Further investigation determined two transactions were made with a credit card in the name of RENE C. BRACAMONTE. A driver's license photo for BRACAMONTE was compared to resort surveillance video and both appear to be the same person. While continuing the investigation, USSS Agents viewed a Facebook live post of BRACAMONTE filming himself in the valet area of the Westin La Paloma on August 11, 2020, in which he made the statement "Supposedly that is the Vice President here, if I wanted to, I could smoke the n▇▇▇. Fuck the Vice President, fuck the President, fuck the PD, fuck all of these n▇▇▇s. You feel me." A timestamp of the Facebook video, as well as Westin La Paloma surveillance footage confirms BRACAMONTE filmed this video shortly before making threats to shoot the Vice President.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

Authorized by AUSA Nicole Savel    NICOLE SAVEL    Digitally signed by NICOLE SAVEL Date: 2020.08.21 12:07:47 -07'00'

SIGNATURE OF COMPLAINANT (official title)
MICHAEL T RINALDI
Digitally signed by MICHAEL T RINALDI
Date: 2020.08.19 11:25:39 -07'00'

OFFICIAL TITLE
Michael Rinaldi
Special Agent, U.S. Secret Service - Tucson

Sworn to before me and subscribed telephonically.

SIGNATURE OF MAGISTRATE JUDGE[1]    DATE August 24, 2020

[1] See Federal rules of Criminal Procedure Rules 3 and 54

(C: AUSA, USMS (2))