MICHAEL BAILEY
United States Attorney
District of Arizona
NICOLE P. SAVEL
Assistant U.S. Attorney
Arizona State Bar No. 015958
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: nicole.savel@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR20-2634-RM-DTF

| United States of America, | Case No. 20-MJ-04887-DTF |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | Violations: 18 U.S.C. § 871(a) |
| Rene Christopher Bracamonte, | (Threats against President and Successors to the Presidency) |
| Defendant. | (Class D Felony) |

On or about August 11, 2020, in the District of Arizona, RENE CHRISTOPHER BRACAMONTEE, defendant herein, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the Vice President of the United States, Michael Pence, specifically by stating that he was going to shoot the Vice President; all in violation of Title 18, United States Code, Section 871(a).

Dated this ___ day of November, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

NICOLE SAVEL
Digitally signed by NICOLE SAVEL
Date: 2020.11.10 09:16:18 -07'00'

NICOLE P. SAVEL
Assistant U.S. Attorney