JON M. SANDS
Federal Public Defender
JAY V. SAGAR
Assistant Federal Public Defender
State Bar No. 024111
jay_sagar@fd.org
407 W. Congress, Suite 501
Tucson, AZ  85701-1355
Telephone: (520)879-7500, Fax: (520)879-7600
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-20-02634-TUC-RM (DTF) |
|---|---|
| Plaintiff, | SENTENCING MEMORANDUM |
| vs. | |
| Rene Christopher Bracamonte, | |
| Defendant. | |

The Defendant, Rene Christopher Bracamonte, by and through counsel, hereby offers this Sentencing Memorandum for the Court's consideration at the time of sentencing on February 10, 2021.

SUBMITTED:  February 5, 2021.

JON M. SANDS
Federal Public Defender

/s/ Jay V. Sagar
JAY V. SAGAR
Assistant Federal Public Defender

1

# MEMORANDUM

## I.     Plea Agreement

Rene Bracamonte was charged by Information with Threats against President and Successors to the Presidency. On November 23, 2020, he pled guilty to the Information.

The plea agreement provides the Mr. Bracamonte, who is in Criminal History Category II, receive a stipulated sentence of 6 months. According to the terms of the agreement, "[a]t the time of sentencing, the United States will not object to the defendant's motion for a variance under 18 U.S.C. 3553(a) to allow for the 6 month sentence." Doc. 38 at 4:7-9.

The government has submitted a sentencing memorandum requesting that the Court sentence Mr. Bracamonte to 6 months' imprisonment. Doc. 43 at 4:9. Mr. Bracamonte also asks the Court to accept the agreement and to sentence him to 6 months, for the reasons set forth herein.

## II.    18 U.S.C. 3553(a) Factors

A. *Familial/Community Support*

Mr. Bracamonte has strong support from family members and close friends in the Tucson area. Numerous individuals submitted character letters on his behalf (previously submitted) that demonstrate that he is a caring member of his family and has had a positive influence on others. For example, according to his uncle, he "is known for supporting others in their goals" and "has always had a love and the best intentions for his family and always has looked out for his siblings." His mother writes that he "loves his family and

2

would do anything for them" and "has always had a big heart and helped anyone in need." According to a close family friend, he "is a loved son, grandson, cousin, and friend" and is a "smart young man who is very driven to succeed in what he wants to do." Another close friend notes that "[t]hroughout the years Rene has helped me mentally, emotionally, and even financially when I was in need of some help" and that he "is a good person and is willing to do anything for his family and friends." These letters show that Mr. Bracamonte has been a loving and supportive person with those close to him, and has the capacity to help out when needed. The family and community support that he has will be critical to his success while on court supervision.

B. *Acceptance of Responsibility/Circumstances of the Offense*

Mr. Bracamonte has fully accepted responsibility for his actions in the present offense, and has submitted a letter to the Court in advance of sentencing acknowledging his guilt (previously submitted). In his letter, he apologizes for his conduct, and recognizes that his statements and actions were "uncalled for" and he "should not have put others' lives in danger with [his] foolish acts."

As mentioned in several of the letters submitted to the Court, Mr. Bracamonte's cousin passed away prior to the present incident and he was very close with him. According to Mr. Bracamonte's mother's boyfriend, "[w]hen Rene lost his cousin he went through some broken heartedness and he also felt lost without his best friend," which led to a period of depression. This depression then led to increased use of drugs and alcohol, which only contributed to a deterioration of his mental health.

3

Mr. Bracamonte does not have criminal history evidencing violent acts, and certainly not any politically motivated violence. This offense is therefore highly out of character for him and was, at least in part, a result of his unstable mental health situation at the time. Based on the lack of any prior similar conduct, it appears highly unlikely Mr. Bracamonte would engage in such an offense in the future. He was not even aware that the (now former) Vice-President was going to be present at the hotel where he spent the night until the following morning as he was preparing to depart in a ride-sharing vehicle, and there is no evidence he planned out his conduct ahead of time. This was an impulsive act that Mr. Bracamonte deeply regrets.

While the overall circumstances that contributed to Mr. Bracamonte's statements and actions in this offense by no means excuse his conduct, they should nonetheless be considered by the Court at the time of sentencing because they provide context for his conduct.

C. *Rationale for Stipulated Sentence*

The Parties negotiated the present agreement following discussions of legal issues involved in the case, including issues related to the Speedy Trial Act and a potential trial. The stipulated sentence of 6 months, which can be reached via a downward variance from the 12-18 month guideline range, represents a "litigation compromise" and is a resolution that provided some incentive for Mr. Bracamonte to plead guilty. It also accounts for the mitigating facts noted above. He has still pled to a felony offense, which of course carries significant consequences for future employment and other collateral consequences. A 24-month supervised release term has also been recommended by the U.S. Probation Office,

which will allow for the court to monitor Mr. Bracamonte and provide him with access to resources that will aid in providing him with stability.

### III. Conclusion

Based on the foregoing, Mr. Bracamonte respectfully requests that the Court follow the terms of the plea agreement and sentence him to 6 months in custody.

SUBMITTED: February 5, 2021.

JON M. SANDS
Federal Public Defender
*/s/ Jay V. Sagar*
JAY V. SAGAR
Assistant Federal Public Defender